UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **JERROD WILSON #0000002798** | **CASE NO.  2:21-CV-00873 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **TONY MANCUSO, ET AL.** | **MAGISTRATE JUDGE KAY** |

**ORDER**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that Plaintiff's Motion for Preliminary Injunction [Doc. No. 1] is **DENIED WITH PREJUDICE**.

MONROE, LOUISIANA, this 7th day of June, 2021.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE